[No. 12760–8–I.   Division One.   May 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LORENZO
DOWL RICE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–00546–7, Robert M. Elston, J., entered
June 4, 1982. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Durham, C.J., and Callow, J.

[No. 12767–5–I.   Division One.   May 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. HERMAN
RICARDO RICE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–02134–9, Richard M. Ishikawa, J.,
entered January 17, 1983. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Corbett, A.C.J., and
Swanson, J.

[No. 12928–7–I.   Division One.   May 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
MONTGOMERY, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 81–1–00259–8, Jack S. Kurtz, J., entered
February 16, 1983. *Affirmed* by unpublished opinion per
Durham, C.J., concurred in by Swanson and Callow, JJ.

[No. 13014–5–I.   Division One.   May 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAY
BRENT EGGEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03226–0, Liem E. Tuai, J., entered
March 4, 1983. *Affirmed* by unpublished opinion per Cor-
bett, A.C.J., concurred in by Swanson and Scholfield, JJ.